■ In the Matter of the Accounting of KINGS COUNTY TRUST COMPANY, as Temporary Administrator of the Estate of HYMAN MEERBAUM, Deceased. TILLIE R. MEERBAUM et al., as Coadministrators of the Estate of HYMAN MEERBAUM, Deceased, et al., Appellants; GEORGE ROSLING et al., Respondents.— Appeal by the coadministrators, and by one of them individually, from so much of an order of the Surrogate's Court, Kings County, as grants the motion of the attorney for the temporary administrator to eliminate from the demand for a bill of particulars the provisions requiring him to furnish particulars as to the legal services rendered by the individual appellant to the temporary administrator. Order insofar as appealed from affirmed, with $10 costs and disbursements to all parties, except the individual appellant, filing separate briefs, payable out of the estate. No opinion. Nolan, P. J., Wenzel, Beldock, Murphy and Ughetta, JJ., concur. [7 Misc 2d 981.]

■ In the Matter of IDA SCHWARTZ, Respondent, against NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Appeal from an order granting respondent's application for leave to serve an amended notice of claim after the expiration

of the period of time provided by law (Public Authorities Law, § 1212; General Municipal Law, § 50-e). Order reversed on the law and the facts, with $10 costs and disbursements, and application denied. The original notice of claim, although prepared and verified by respondent prior to the expiration of the 90-day period, was not served until after the expiration of that period. The facts establish that the failure to serve the notice in time was not due to the incapacity of the respondent. Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ., concur.